AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) | |
| v. | ) | |
| | ) Case No. | 3:11 MJ 4 |
| BRETT KEILING | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    1/24/2011    in the county of    St. Joseph    in the    Northern    District of    Indiana   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | Assault person engaged in official duties |
| 18 USC 112(a) | Assault on internationally protected person |

See Attachment

This criminal complaint is based on these facts:
See Attached Affidavit

FILED
JAN 2 4 2011
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

✓ Continued on the attached sheet.

*Complainant's signature*

Robert Dane, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

s/Christopher A. Nuechterlein

Date: 1/24/2011

*Judge's signature*

City and state:    South Bend, IN        Christopher A. Nuechterlein
*Printed name and title*

### Count 1

On or about the 24th day of January, 2011, in the Northern District of Indiana, the defendant,

**BRETT KEILING,**

knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with Joseph Donnelly, a Member of the United States Congress, with the intent to commit another felony while he was engaged in and on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 111.

### Count 2

On or about the 24th day of January, 2011, in the Northern District of Indiana, the defendant,

**BRETT KEILING,**

did knowingly assault and offer violence to an internationally protected person, Joseph Donnelly, a Member of the United States Congress.

All in violation of Title 18, United States Code, Section 112(a).

### Count 3

On or about the 24th day of January, 2011, in the Northern District of Indiana, the defendant,

**BRETT KEILING,**

did knowingly assault and offer violence to an internationally protected person, B.B., a member of the staff of United States Congressman Joseph Donnelly and employee of the United States government.

All in violation of Title 18, United States Code, Section 112(a).

| | |
|---|---|
| STATE OF INDIANA | ) |
| | ) SS |
| COUNTY OF ST JOSEPH | ) |

I, Robert Dane, being duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been an FBI Agent for approximately one year. I am currently assigned to the Indianapolis Field Division of the FBI, where I investigate federal crimes, including assaults and threats to federal employees. Prior to my employment at the FBI, I was employed by the United States Capital Police for eight years.

2. The information contained in this affidavit is based upon my participation in this investigation, including conversations with other law enforcement officers and my review of documents. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint filed against Brett Keiling. This affidavit does not contain all the information known to me about this investigation.

3. On January 24, 2011, at approximately 9:30 am, an employee of Congressman Joseph Donnelly, United States House Representative in Indiana's 2nd District, received a telephone call at Joseph Donnelly's South Bend office, located at 207 West Colfax Avenue, South Bend, Indiana, from phone number 574-675-9044. The caller, who identified himself as Brett Keiling, accused everyone in Donnelly's office of "back stabbing him". The employee was uncertain what the caller was referring too, but was aware the caller was extremely upset. The employee tried to rationalize with the caller, but the caller continued to threaten the employee by stating, "I am going to come

1

and back stab you, I mean literally come down and stab you." The employee told the caller she wasn't going to listen any further to the caller and hung up the phone. This employee, whose initials are "B.B.," advised that she believed the caller's threat was directed toward her, the rest of the Congressman's staff, as well as toward the Congressman.

4.  The caller telephoned Joseph Donnelly's office on three other occasions later in day on January 24, 2011. During these calls, the caller did not make any further threats, but rather wanted to talk about current events happening in the news. These calls where received by another employee.

5.  The employee, who received the initial threatening phone call, is familiar with the caller because the caller telephones Joseph Donnelly's office on a daily occurrence. The employee estimated she has spoken with the caller on at least twenty occasions. The caller always identifies himself as Brett Keiling.

6.  Brett Keiling is known to both local and federal law enforcement as a subject who frequently calls to discuss current events in the media. Keiling always identifies himself on the telephone and calls from telephone number 574-675-9044. During these telephone calls, Keiling is routinely irrational, confrontational, and uses vulgar language. Specifically, Keiling calls the FBI office in South Bend once or twice a week. Keiling is known personally to me, since I have spoke with him numerous times on the telephone, as well as in person at the FBI office in South Bend.

7.  I personally researched telephone number 574-675-9044. The number is an Indiana Bell hardline number assigned to the residence located at 10130 Anderson Road, Granger, Indiana. Brett Keiling, date of birth 04/13/1964, has an Indiana driver's

2

license with the same address.   Public data base checks also list Brett Keiling as residing at the same address.

8.    Based on the above information, I feel there is probable cause to believe that Brett Keiling has violated one or more federal criminal laws.

FURTHER AFFIANT SAYETH NOT.

Robert Dane
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 24th day of January, 2011.

S/Christopher A. Nuechterlein

Honorable Christopher A. Nuechterlein
United States Magistrate Judge

3